Order Form (01/2005)

# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 640 | **DATE** | 10/23/2008 |
| **CASE TITLE** | Superl Sequoia Limited vs. The C.W. Carlson Company, Inc. | | |

**DOCKET ENTRY TEXT:**

After further discussions with counsel, the court unsuccessfully concludes its mediation of the case.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|