IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUPERL SEQUOIA LIMITED,

    Plaintiff,

v.

THE C.W. CARLSON COMPANY, INC.,
a/k/a THE CARLSON COMPANY, INC.,

    Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 07-cv-640-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Superl Sequoia Limited against defendant The C.W. Carlson Company, Inc., a/k/a The Carlson Company, Inc., in the amount of $1,015,434.50.

_____      12/3/10
Peter Oppeneer, Clerk of Court         Date